Lyman B. Mansell, appellant, v. Lord Lumber and Fuel Company, appellee. Gen. No. 36,768.

Opinion filed June 20, 1934.

Ossian Cameron and Edward H. S. Martin, for appellant. Eckert & Peterson, for appellee; Tom Leeming, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.